UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HINDLEY,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>   Defendant. | Case No. 15-cv-01973-MEJ<br><br>**ORDER RE: SERVICE DEADLINE; ORDER SCHEDULING CMC** |

Plaintiff Julie Hindley filed this case on May 1, 2015, at which time the matter was scheduled for a Case Management Conference on July 30, 2015. Dkt. Nos. 1, 4. However, as there is no indication Plaintiff served Defendant Department of Health and Human Services in accordance with Federal Rule of Civil Procedure 4, the Court vacated the Conference and ordered her to file a status report by August 10, 2015. Dkt. No. 5. In her response, Plaintiff fails to address the service issue entirely, stating only that she intends to file an amended complaint by August 17, 2015. Dkt. No. 6. As there is still no indication that Plaintiff served Defendant, the Court **ORDERS** Plaintiff Julie Hindley to complete service in compliance with Rule 4 by September 1, 2015. The Court advises Plaintiff that this case may be dismissed for failure to prosecute if service is not completed by the deadline above.

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on October 1, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally. The parties shall file a Joint Case Management Statement by September 24, 2015, which shall contain the

information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge