UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIE HINDLEY,

    Plaintiff,

    v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

Case No. 15-cv-01973-MEJ

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court is in receipt of the parties' Joint Case Management Statement, filed earlier today. Given that Plaintiff intends to file a Second Amended Complaint and is contemplating whether to dismiss the currently named government contractors from this action, the Court finds a case management conference premature. Accordingly, the Court CONTINUES the Case Management Conference to December 10, 2015 at 10:00 a.m. in Courtroom B. The parties shall file an updated joint case management statement by December 3, 2015.

**IT IS SO ORDERED.**

Dated: September 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge