UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HINDLEY,<br>            Plaintiff,<br>     v.<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br>            Defendants. | Case No.  15-cv-01973-MEJ<br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on April 14, 2016. However, as there is a pending Motion to Amend, the Case Management Conference and all related deadlines are VACATED.  The conference will be rescheduled after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge