UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HINDLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01973-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　This matter is scheduled for a Case Management Conference on May 5, 2016. As Defendants have not had the opportunity to respond to Plaintiff's Fifth Amended Complaint, the Court CONTINUES the conference to May 26, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. If Defendants file an answer and not a motion to dismiss, the parties may choose to e-file (no chambers copy required) an updated joint statement by May 19, 2016.

　　　**IT IS SO ORDERED.**

Dated: April 29, 2016

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge